UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

FELIX CASTRO,   Case No.: 1:23-cv-06819-MKV

                    Plaintiff,

  -against-   **MOTION FOR**
                    **DEFAULT JUDGMENT**

HOMERO VILLARREAL, LLC,

                    Defendant.
-------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that the undersigned attorneys for plaintiff FELIX CASTRO (the "Plaintiff") hereby moves, at a date and time to be set by the Court, before the Honorable Judge Mary Kay Vyskocil, at the courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 2230; New York, NY 10007, for an Order granting Plaintiff's Motion for Default Judgment.

**PLEASE TAKE FURTHER NOTICE**, that Plaintiff shall rely upon the accompanying Affirmation in Support of the Motion, and the accompanying Exhibits.

Dated:  Jerich, New York
        April 25, 2024

                                                              Respectfully submitted,

                                                               */s/ Noor A. Saab*

                                                           Noor A. Saab, Esq.
                                                           The Law Office of Noor A. Saab
                                                           *Attorney for Plaintiff*
                                                           380 North Broadway, Penthouse West
                                                           Jericho, New York 11753
                                                           Email: NoorASaabLaw@Gmail.com

To:    HOMERO VILLARREAL, LLC
        1019 Brazos Street, Room 105
        Austin, TX 78701