USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/4/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIX CASTRO, *on behalf of himself and all others similarly situated*,

      Plaintiff,

-against-

HOMERO VILLARREAL, LLC,

      Defendant.

1:23-cv-06819-MKV

## ORDER SCHEDULING DEFAULT JUDGMENT HEARING

MARY KAY VYSKOCIL, United States District Judge:

 IT IS HEREBY ORDERED that the Court will hold a hearing on Plaintiff's motion for default judgment [ECF Nos. 16, 17, 19] on **December 17, 2024 at 2:00 p.m. in Courtroom 18C of 500 Pearl Street, New York, NY 10007**. Plaintiff shall be prepared to make a record on default, including the issue of standing.

 IT IS FURTHER ORDERED that by December 11, 2024 Plaintiff shall serve his motion and this Order on Defendants and shall file proof of such service on ECF.

 Plaintiff remains on notice that failure to comply with court orders, the Court's Individual Rules, the Local Rules, and the Federal Rules of Civil Procedure may result in sanctions, including dismissal of this action for failure to prosecute.

**SO ORDERED.**

**Date: December 4, 2024**
**New York, NY**

              */s/ Mary Kay Vyskocil*
              **MARY KAY VYSKOCIL**
              **United States District Judge**